# United States District Court

## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| V. | **CRIMINAL COMPLAINT** |
| PABLO SEGURA-BAILON, <br> EVARISTO CRUZ-JARAMILLO, <br> TIRZO LAREDES-SANDOVAL, <br> HEIDI LOPEZ-MORALES, and <br> LUIS MARTINEZ-RAMIREZ | CASE NUMBER: 2:16-mj-0003-CMM <br> -01 <br> -02 <br> -03 <br> -04 <br> -05 |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

**Count 1**:  On or about April 5, 2016, in Putnam County, in the Southern District of Indiana defendant PABLO SEGURA-BAILON did, knowing and in reckless disregard of the fact that an alien had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise in furtherance of such violation of law;
   In violation of Title 8, United States Code, Sections 1324(a)(1).

**Count 2**:  On or about April 5, 2016, in Putnam County, in the Southern District of Indiana defendants, EVARISTO CRUZ-JARAMILLO, TIRZO LAREDES-SANDOVAL, HEIDI LOPEZ-MORALES, and LUIS MARTINEZ-RAMIREZ, all aliens, were found in the United States after having previously been denied admission, excluded, deported, and/or removed therefrom, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States;
   In violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Special Agent, and that this complaint is based on the following facts:

See attached Affidavit.

**Continued on the attached sheet and made a part hereof.**

_____
Special Agent Daron Babcock, HSI

**Sworn to before me, and subscribed in my presence**

April 13, 2016                    at    Indianapolis, Indiana
**Date**

Mark J. Dinsmore, U.S. Magistrate Judge              _____
**Name and Title of Judicial Officer**                  **Signature of Judicial Officer**

# AFFIDAVIT

I, Daron S. Babcock, being duly sworn, hereby depose and state the following:

1.      I am a Special Agent with U.S. Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI), and have been employed in such capacity since 2007. I previously served as a Special Agent with the U.S. Customs Service, Office of Investigations, in the Seattle, Washington office from 2001- 2007. I am currently assigned to the HSI office in Indianapolis, Indiana, where I am responsible for investigating violations of federal law, to include the immigration and customs laws of the United States. I am a graduate of the Criminal Investigator Training Program and the Customs Basic Enforcement School at the Federal Law Enforcement Training Center. I have also received specialized training on the requirements for aliens seeking to enter the United States and have experience in conducting investigations involving human and narcotics smuggling.

2.      The statements contained in this affidavit are based upon my own personal knowledge, as well as information provided to me by other law enforcement officials and employees of ICE. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me or law enforcement in this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that Pablo SEGURA-BAILON committed a violation of Title 8, United States Code, Section 1324 (a)(1)(A)(ii), transporting aliens within the United States, knowing or in reckless disregard of the fact that an alien has come to, entered, or remained in the United States in violation of law. Also included are facts I believe are necessary to establish probable cause that Evaristo CRUZ-JARAMILLO, Tirzo LAREDES-SANDOVAL, Heidi LOPEZ-MORALES, and Luis MARTINEZ-

RAMIREZ, illegally reentered the United States after removal, in violation of Title 8, United States Code, Section 1326(a).

3. On April 5, 2016, at approximately 4:15 p.m., your Affiant received a call from Indiana State Police (ISP) Trooper Joe Dravigne in reference to a silver Dodge Caravan bearing Arizona license plate BTF9969 which contained eleven suspected illegal aliens. Trooper Dravigne advised that he had stopped the vehicle for several traffic violations near mile marker 41 while traveling eastbound on Interstate 70 (I-70) in Putnam County, Indiana. Trooper Dravigne stated that he identified the driver as Pablo SEGURA-BAILON via a Mexican identification document and that SEGURA-BAILON had made statements indicating that he had picked up all of the passengers at a Denny's restaurant in Phoenix, Arizona and was being paid $100.00 USC per person to drive the passengers to Indianapolis, Indiana. In addition, Trooper Dravigne received information from the El Paso Intelligence Center (EPIC) that two of the passengers had active deportation and removal orders related to prior apprehensions for illegal entry into the United States.

4. Your Affiant subsequently contacted ICE Enforcement and Removal Operations (ERO) officers who responded to the scene of the traffic stop and determined that all of the passengers were illegally present in the United States. ERO officers then transported SEGURA-BAILON and all of the passengers to the Clay County Justice Center in Brazil, Indiana where they were booked in on immigration charges pending further processing in Indianapolis, Indiana.

5. Eight of the passengers who were subsequently interviewed by HSI agents and ERO officers identified SEGURA-BAILON as the driver of the silver Dodge Caravan; in addition, all of these same passengers stated that they had previously paid SEGURA-BAILON a fee to be

transported from the southwest border area to various cities within the United States or were expected to pay a transportation fee upon arrival at their ultimate destination.

6. The eleven individuals were transferred to an ICE facility in Indianapolis, Indiana on April 6, 2016, where their biometrics were taken. Biometric checks revealed that all eleven individuals were aliens without necessary documentation to legally enter the United States. The nationalities of the aliens were Mexican and Guatemalan. Evaristo CRUZ-JARAMILLO, Tirzo LAREDES-SANDOVAL, Heidi LOPEZ-MORALES, and Luis MARTINEZ-RAMIREZ were four of the eleven aliens apprehended and positively identified via biometric database queries.

7. Evaristo CRUZ-JARAMILLO, an alien and citizen of Mexico, was found to have previously been removed from the United States. Immigration records revealed that on March 21, 2016, immigration authorities determined that CRUZ-JARAMILLO had entered the United States illegally. On March 24, 2016, CRUZ-JARAMILLO was physically removed from the United States to Mexico at the Del Rio, Texas Port of Entry for administrative immigration violations.

8. Tirzo LAREDES-SANDOVAL, an alien and citizen of Mexico, was found to have previously been removed from the United States. Immigration records revealed that on March 23, 2016, immigration authorities determined that LAREDES-SANDOVAL had entered the United States illegally. On March 24, 2016, LAREDES-SANDOVAL was physically removed from the United States to Mexico at the Calexico, California Port of Entry for administrative immigration violations.

9. Heidi LOPEZ-MORALES, an alien and citizen of Mexico, was found to have previously been removed from the United States. Immigration records revealed that on September 22, 2013, immigration authorities determined that LOPEZ-MORALES had entered the United States

illegally. On September 28, 2013, LOPEZ-MORALES was physically removed from the United States to Mexico at the Hidalgo, Texas Port of Entry for administrative immigration violations. On November 24, 2013, immigration authorities determined that LOPEZ-MORALES had again entered the United States illegally. On November 26, 2013, LOPEZ-MORALES was again physically removed from the United States to Mexico at the Hidalgo, Texas Port of Entry for administrative immigration violations. On November 29, 2013, immigration authorities once again determined that LOPEZ-MORALES had entered the United States illegally. On November 30, 2013, LOPEZ-MORALES was once again physically removed from the United States to Mexico at the Hidalgo, Texas Port of Entry for administrative immigration violations.

10. Luis MARTINEZ-RAMIREZ, an alien and citizen of Mexico, was found to have previously been removed from the United States. Immigration records revealed that on March 16, 2016, immigration authorities determined that MARTINEZ-RAMIREZ had entered the United States illegally. On March 20, 2016, MARTINEZ-RAMIREZ was physically removed from the United States to Mexico at the Douglas, Arizona Port of Entry for administrative immigration violations.

11. A search of the records maintained by the United States Citizenship and Immigration Service also disclosed that Evaristo CRUZ-JARAMILLO, Tirzo LAREDES-SANDOVAL, Heidi LOPEZ-MORALES, and Luis MARTINEZ-RAMIREZ, had never sought to apply for permission from the United States Attorney General or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3), 202(4) and 557) in order to return and apply for admission into the United States after having been removed.

12. Based on the foregoing facts, I believe that probable cause exists that Pablo SEGURA-BAILON committed a violation of Title 8, United States Code, Section 1324 (a)(1)(A)(ii), transporting aliens within the United States, knowing or in reckless disregard of the fact that an alien has come to, entered, or remained in the United States in violation of law. Also, your Affiant submits that there is probable cause to believe that Evaristo CRUZ-JARAMILLO, Tirzo LAREDES-SANDOVAL, Heidi LOPEZ-MORALES, and Luis MARTINEZ-RAMIREZ, did knowingly and unlawfully attempt to enter the United States, having previously been deported or removed from the United States, without the Attorney General of the United States or his successor, the Secretary of Homeland Security, having expressly consented to such alien's reapplying for admission, in violation of Title 8, United States Code, Section 1326(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Daron S. Babcock, Special Agent
U.S. Immigration and Customs Enforcement
Homeland Security Investigations
Indianapolis, Indiana

Signed and subscribed to before me
on this 13th day of April, 2016.

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

5